ORIGINAL



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                           )<br>                  Plaintiff,              )<br>                                                           )<br>        v.                                             )<br>                                                           )<br>LEE VAUGHN WALKER (1),     )<br>        aka "Lee Dog",                      )<br>MELVIN ALEXANDER (2),       )<br>JOSE GALVAN RICO (3),         )<br>        aka "Mija",                              )<br>ELEODORO CASTILLO (4),     )<br>        aka "Onko",                            )<br>DAPHNE ROSALINDA JACKSON (5), )<br>        aka Daphne R. Rae,             )<br>BERNAL ANTHONY MITCHELL (6), )<br>        aka "Tony",                             )<br>ALLEN MATTHEW BAKER Jr. (7), )<br>        aka "J.R.", aka Tracy Reyard Diggs, )<br>        aka Marcus Johnson,         )<br>MICHAEL DWAYNE TRYALS (8), )<br>        aka "Texas Mike", aka Michael Tryls,)<br>        aka Dave Brooks, aka Leon Howard )<br>        Blair, aka Earl David Hollis,   )<br>BOBBY SHAWN LOCKHART (9), )<br>        aka "Blue",                              )<br>ALEXANDER WEIR IV (10),       )<br>        aka "Brick",                             )<br>ALEXANDER WEIR V (11),         )<br>        aka "Lil' Brick",                      )<br>FELIPE MEDINA (12),                  )<br>MELVIN ANDRE BIBBS (13),     )<br>MARK EDWARD RUNNELS (14), )<br>        aka "Marky Mark",               )<br>                                                           )<br>                  Defendants.           )<br>_____) | Magistrate No. 08MJ0132<br><br>**ORDER UNSEALING COMPLAINT AND ARREST WARRANTS** |

Upon application of the UNITED STATES OF AMERICA, based on the attached motion, and good cause appearing,

//

3

|   |   |
|---|---|
| 1 | IT IS HEREBY ORDERED that the complaint and accompanying arrest warrants, previously |
| 2 | filed in the above-captioned matter on January 16, 2008, be unsealed. |
| 3 | IT IS SO ORDERED. |
| 4 | DATED: 1-16-08 |

HONORABLE NITA L. STORMES
United States Magistrate Judge