KEITH H. RUTMAN, CSB #144175
Attorney at Law
701 B Street, Suite 1110
San Diego, California 92101-8103
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
email: krutman@krutmanlaw.com

Attorney for Defendant
MARK EDWARD RUNNELS (#13)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR-256-L |
| Plaintiff, | NOTICE OF JOINDER |
| v. | DATE: 7/7/08 @ 3:00 p.m. |
| MARK EDWARD RUNNELS, et. al. | COURTROOM: 14 |
| Defendants. | |

Defendant MARK EDWARD RUNNELS, by and through his attorney KEITH H.

RUTMAN, hereby joins in the motion for discovery and for leave to file further motions filed

on February 4, 2008 by co-defendant MICHAEL DWAYNE TRYALS (Docket No. 59).

Defendant RUNNELS has standing to join in the motion(s) by virtue of the provisions of

///

///

///

///

///

///

///

///

///

///

08-CR-256-L

F.R.Cr.P 16, 18 U.S.C. § 3500 and the Due Process Clause of the Fifth Amendment.

Respectfully Submitted,

Dated: March 17, 2008

s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Defendant
MARK EDWARD RUNNELS (#13)
Email: krutman@krutmanlaw.com

## CERTIFICATE OF SERVICE

I certify that on March 17, 2008 I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of California, using the electronic case filing (ECF) system of the Court, and thereby served it on all counsel of record in this case.

Dated: March 17, 2008

s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Defendant
MARK EDWARD RUNNELS (#13)
Email:  krutman@krutmanlaw.com

2

08-CR-256-L