# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-cr-0256-L |
| Plaintiff, ) | |
| ) | **ORDER FOR DIRECT PAYMENT** |
| vs. ) | **TO COPY CONNECTION** |
| MARK EDWARD RUNNELS, ) | |
| Defendant. ) | |

Good cause appearing and pursuant to 18 U.S.C. 3006 A(e)(1), counsel for defendant is authorized discovery costs, payable directly to Copy Connection, 1010 Second Avenue, Suite 130B, San Diego, CA 92101, 619/235-6975, not to exceed $1,500.

**IT IS SO ORDERED.**

DATED: May 13, 2008

*M. James Lorenz*
M. James Lorenz
United States District Court Judge