# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
SEP 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Lorenz
FROM: K. Hammerly, Deputy Clerk   RECEIVED DATE: 9/8/2008
CASE NO.: 08cr256-13   DOCUMENT FILED BY: Stephanie Benson
CASE TITLE: USA v. Walker, et al
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: 83.9 Ex Parte Communication Prohibited |

Date forwarded: 9/8/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties. *Please forward to A's attorney.*

Rejected document to be returned to pro se or inmate? ☒ Yes   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Lorenz

Dated: 9/9/08   By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

8/18/08

Honorable Judge Lorenz,

My name is Stephanie Benson, I am writing this character witness letter for Mark E. Runnels whom is presently jailed in the federal W.R.D.F..
    Mark is my fiancé, I have been with him for twenty years and love him very much. I moved to North Carolina November 2007 from San Diego after my grandmother died, Mark and I took care of my grandma and were both on the payroll with the in home support services (I.H.S.S.) in Chula Vista.
    After that Mark temporarily work with the ship yard in San Diego as a Long Shore-man. In December 2007 Mark joined me here in North Carolina as we had plans to get married, at that time we stayed with my parents Glenn and Gladys Penland at 1Penland Place, Leicester, N. C. 28748.
Mark helped my dad with the land and his bathes while I helped my mom with the house and her bathes, Mark was also attending Enka Community College (828) 254-1921) here in Candler N.C.28715 taking a quick course for a fork lift certificate as he had been offered work in the Ingles grocery store warehouse.
    In February 2008 a female I knew in San Diego called me with news that the F.B.I. is looking for Mark in connection with Lee Walker. Mark and I quickly phoned the FBI in San Diego and were told on speaker phone about the warrant for Marks arrest we were told the FBI had video and audio of Mark selling drugs, so Mark turned himself in.
    Now six months later investigators say that it was not Mark Runnels on video after all but, some other man whom has since been arrested and for the audio investigators says it's a conversation about madden football, but the FBI seems to think Marks talking in code.
    As for myself I am writing educational story time children's books and my own line of greeting cards, I am connected with the small business administration for funding, I also do volunteer work with children at the communality Reid Center in the Livingston Housing Project in Asheville N.C. 28801.
    Judge Lorenz, I am begging you to please look into this matter ASAP and release Mark Runnels so we may get on with our life's I can hardly breathe without him.

Thank you Sinserly
Stephanie Benson

*Stephanie Benson*

MARK & STEPHANIE'S ADDRESS
4A WATER STREET
Asheville, North Carolina
28801
(828) 301-8517